Thomas Cieniewicz 8393
400 Albemarle Dr.
Chesapeake, Va.
23322

United States District Court
Eastern District of Virginia
701 East Broad Street
Suite 300
Richmond, Va.
23219-3528

U.S MARSHALS
[illegible postmark]