May 13, 2022


FILED MAILROOM
MAY 16 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Thomas Cieniewicz 8393
Chesapeake City Jail
400 Albemarle Dr.
Chesapeake, Va. 23322

Frank Galindo
United States District Court
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, Va. 22314

Re: Cieniewicz V. Dr. Ghafourpour et al
Case No. 1:22-cv-172 (LMB/TCB)

Dear Mr. Galindo,

    I sent the Court a petition in plea form as you directed on or about April 10, 2022 and I have not recieved confirmation of your receipt of this motion or that it has been added to my case file. I have also sent you two other correspondences inquiring as to the timeline and questioning why, after two and a half months I have recieved nothing in regards to my in forma pauperis request. This would be my fourth correspondence since my original filing in your honorable court.
Thank you for your time in this matter.

                              Sincerely,
                              Thomas M. Cieniewicz