FILED MAILROOM
JUL -7 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

June 29, 2022

Thomas Cieniewicz 1191016
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia
23870-6914

Fernando Galindo Clerk
Leonie M. Brinkema District Judge
United States District Court
Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, Va. 22314

Re: Cieniewicz V. Dr. Ghafourpour et al
Case #1:22-CV-172 (LMB/TCB)

Dear Mr. Galindo / Hon. Leonie M. Brinkema,

    I thought that me being transfered to a prison would have made my access to information pertaining to filling and procedures easier however that has worked against me once again. It seems I am denied even correspondence materials and postage, which I have attempted to recieve. I hope that the Motion which I am including is sufficent and please understand that I have had absolutely no outside help or legal aduise in any way shape or form now or at any time in the past. It became blatantly obvious that I was being retaliated against by the Medical Dept. at Chesapeake City Jail. I have been denied access to my medical records which may have assisted me in obtaining a lawyer to assist me as I have been diligently seeking.

    At this time I would ask the Court to Order that Wellpath surrender all Medical records pertaining to Plaintiff. I would also ask that you accept this Motion to amnend my original complaint.

Sincerely,
Thomas M. Cieniewicz