Thomas Cieniewicz 1191016
Greenville Correctional Center
901 Corrections Way
Jarrett, Va.
    23870-6914

Fernando Galindo Clerk
United States District Court
Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, Va.
    22314



RICHMOND VA 230
1 JUL 2022 PM 3 L

RECEIVED MAILROOM
1-7 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

U.S. MARSHALS

22314-579899

THE VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR INSPECTED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENT.
GCC-S-3