# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISON

| | |
|---|---|
| THOMAS CIENIEWICZ, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:22cv172 |
| v. : | |
| : | |
| DR. GHAFOURPOUR, et al., : | |
| : | |
| Defendants. : | |

## **ORDER**

Upon motion of Defendant, First Sergeant David Elliott, for an extension of time to respond to the Complaint, and for good cause shown,

It is hereby Ordered that Defendant Elliott's motion is granted and he has until August 14, 2022 to respond to the Complaint.

ENTERED:       /              /

_____