# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | | |
|---|---|---|
| Thomas Cieniewicz, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22cv172 (LMB/TCB) |
| | ) | |
| Dr. Ghafourpour, et al., | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the Court on its own initiative. Proceeding pro se, Virginia state prisoner Thomas Cieniewicz ("plaintiff") filed this civil rights action under 42 U.S.C. § 1983, alleging that he received constitutionally inadequate medical attention while incarcerated at Chesapeake City Jail. [Dkt. No. 1]. On June 14, 2022, this Court screened the Complaint pursuant to 28 U.S.C. §1915A, found that it "contains very serious allegations," and ordered that it be served on the defendants. [Dkt. No. 11]. The June 14 Order also required Sheriff Jim O'Sullivan, on behalf of the Chesapeake City Jail, to notify the Court of the identities of the WellPath employees and any other individuals "who were involved in the administration of medications to plaintiff and who were responsible for responding to requests for dental care." Id. at 6. As of July 11, 2022, no such notice has been filed.

On July 7, 2022, the Court received a letter from plaintiff, which was dated June 29, stating that the medical department at Chesapeake City Jail retaliated against him and he has "been denied access to [his] medical records." [Dkt. No. 15]. Given the serious nature of the plaintiff's allegations in the Complaint and his later filings, it is hereby

ORDERED that Sheriff Jim O'Sullivan, on behalf of the Chesapeake City Jail, and WellPath Healthcare each immediately take all necessary measures to ensure that all records reflecting or related to any and all medical and dental care that plaintiff requested or received while he was incarcerated at the Chesapeake City Jail are preserved in their original condition; and it is further

ORDERED that Dr. Ghafourpour, DDS, immediately take all necessary measures to ensure that all records reflecting or related to any and all dental care that plaintiff requested or received while he was incarcerated at Chesapeake City Jail are preserved in their original condition; and it is further

ORDERED that no later than Wednesday, July 20, 2022, Sheriff Jim O'Sullivan comply with the June 14, 2022 Order by filing a notice identifying the WellPath employees who were involved in the administration of medications to plaintiff and who were responsible for responding to requests for dental care.

The Clerk is directed to forward copies of this Order to plaintiff, pro se, to counsel of record, to Sheriff Jim O'Sullivan at Chesapeake City Jail, 400 Albemarle Drive, Chesapeake, VA 23322, and to WellPath Health at both its corporate headquarters, 3340 Perimeter Hill Drive, Nashville, TN 37211 and at the address for the Chesapeake City Jail.

Entered this 13th day of July 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge