# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISON

| | |
|---|---|
| THOMAS CIENIEWICZ, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:22cv172 |
| v. : | |
| : | |
| DR. GHAFOURPOUR, et al., : | |
| : | |
| Defendants. : | |

## NOTICE PURSUANT TO JULY 13, 2022 ORDER

Third-party non-defendant Sheriff Jim O'Sullivan, by counsel, and pursuant to this Court's July 13, 2022 Order (Doc. 23), hereby identifies the WellPath employees who were involved in the administration of medications to the plaintiff and who were responsible for responding to requests for dental care during the time frame identified in the Complaint. Such information was derived from a review of the Plaintiff's medical records and is to the best of his knowledge based on those records. See Affidavit, attached as Exhibit 1.

Individuals Responding to Requests for Dental Care:

- LPN Onyesha Cummings
- Danielle Williams
- LPN Lauren Bonney

Individuals Involved in Administering Medications:

- LPN Onyesha Cummings
- Danielle Williams
- Steven Teel
- Gwendolyn McMurrin
- Terrah Ferebee
- Sarah Davis
- Jacqueline Winstead
- Monjiri Mitchell

                        SHERIFF JIM O'SULLIVAN

                        By: _____/s/_____
                              Of Counsel

Jeff W. Rosen, Esq., VSB No. 22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax:    (757) 497-1914
jrosen@pendercoward.com
*Counsel for O'Sullivan*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of July, 2022, I will electronically file the foregoing ***Notice Pursuant To July 13, 2022 Order*** with the Clerk of Court using the CM/ECF system and will mail the foregoing by U.S. Mail to the following non-filing user:

Thomas Cieniewicz  #1191016
HU7 Cell #239B
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870
*Pro Se*

                        _____/s/_____
                        Jeff W. Rosen, Esq., VSB #22689
                        PENDER & COWARD, P.C.
                        222 Central Park Avenue
                        Virginia Beach, VA 23462
                        Phone: (757) 490-6253
                        Fax:    (757) 497-1914
                        jrosen@pendercoward.com
                        *Counsel for O'Sullivan*

*Cieniewicz v. Ghafourpour, et al.*    Case No. 1:22cv172    PENDER & COWARD, P.C.
                                                                WWW.PENDERCOWARD.COM
Page **2** of **2**