Exhibit 1

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISON

THOMAS CIENIEWICZ,                                     :
                                                       :
                        Plaintiff,                     :
                                                       :          Civil Action No. 1:22cv172
v.                                                     :
                                                       :
DR. GHAFOURPOUR, et al.,                               :
                                                       :
                        Defendants.                    :

## AFFIDAVIT OF SHERIFF O'SULLIVAN

COMMONWEALTH OF VIRGINIA
CITY OF _Chesapeake_ , to-wit:

Sheriff O'Sullivan, being first duly sworn upon oath, deposes and states as follows:

1.      At all relevant times I was employed by the Chesapeake Sheriff's Office.  In my

role, I am the custodian of records.

2.      I base this Affidavit on personal knowledge and on records maintained in the

ordinary and regular course of business.

3.      The records, paper and electronic, relating to the plaintiff's medical and dental care

within my custody and control have been preserved and maintained in accordance with this Court's

July 13, 2022 Order.

        Further affiant sayeth not.


                                    _____
                                    SHERIFF O'SULLIVAN

This day personally appeared before me, the undersigned Notary Public in and for the county/city and state aforesaid, Sheriff O'Sullivan, to me known to be the person named herein, who after being duly sworn, deposed and said that the facts contained in the foregoing instrument are true and correct.

Sworn and subscribed to before me this _20ᵗʰ_ day of July, 2022.

                                    Notary Public

My Commission Expires: 09/30/2024
My Registration No.: 7858826