IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS CIENIEWICZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 1:22cv172 |
| GHAFOURPOUR, DDS, ET AL., | : |
| Defendants. | : |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
<u>WELLPATH, LLC</u>
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

WELLPATH, LLC

/s/ Angela Boice Axselle
Joel M. McCray, Esquire (VSB No. 38116)
Angela Boice Axselle, Esquire (VSB No. 43864)
Wimbish Gentile McCray & Roeber PLLC
8730 Stony Point Parkway, Suite 201
Richmond, VA 23235
Phone: 804-655-4830
Fax: 804-980-7819
aaxselle@wgmrlaw.com
jmccray@wgmrlaw.com

## CERTIFICATE

I hereby certify that on this 4th day of August, 2022, I filed the foregoing *Financial Interest Disclosure Statement* electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeff W. Rosen, Esquire (VSB # 22689)
Pender & Coward, PC
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462-3026
jrosen@pendercoward.com
**Counsel for Defendant Sgt. David Elliott**

And I hereby certify that I have mailed this document by UPS Ground to the following non-filing user:

Thomas Cieniewicz #1191016
HU7 Cell #239B
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870
**Plaintiff Pro Se**

/s/ Angela Boice Axselle
Joel M. McCray, Esquire (VSB# 38116)
Angela Boice Axselle, Esquire (VSB# 43864)
Wimbish Gentile McCray & Roeber PLLC
8730 Stony Point Parkway, Suite 201
Richmond, VA  23235
Phone: 804-655-4830
Fax: 804-980-7819
jmccray@wgmrlaw.com
aaxselle@wgmrlaw.com
**Counsel for Defendant Wellpath, LLC**