IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS CIENIEWICZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 1:22cv172 |
| GHAFOURPOUR, DDS, ET AL., | : |
| Defendants. | : |

## MOTION TO DISMISS

COMES NOW Defendants Wellpath, LLC, Alex Taylor, MD and Kourosh Ghafourpour DDS, by counsel, and for the reasons stated in the attached Brief, requests that this Court dismiss the claims against them in the Complaint.

Respectfully submitted,

WELLPATH, LLC,
ALEX TAYLOR, MD
And
DR. GHAFOURPOUR, DDS

/s/ Angela Boice Axselle
Joel M. McCray, Esquire (VSB# 38116)
Angela Boice Axselle, Esquire (VSB# 43864)
Wimbish Gentile McCray & Roeber PLLC
8730 Stony Point Parkway, Suite 201
Richmond, VA 23235
Phone: 804-655-4830
Fax: 804-980-7819
aaxselle@wgmrlaw.com
jmccray@wgmrlaw.com

**CERTIFICATE**

I hereby certify that on this 4th day of August, 2022, I filed the foregoing *Motion to Dismiss* electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeff W. Rosen, Esquire (VSB # 22689)
Pender & Coward, PC
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462-3026
jrosen@pendercoward.com
**Counsel for Defendant Sgt. David Elliott**

And I hereby certify that I have mailed this document by UPS Ground to the following non-filing user:

Thomas Cieniewicz #1191016
HU7 Cell #239B
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870
**Plaintiff Pro Se**

/s/ Angela Boice Axselle
Joel M. McCray, Esquire (VSB# 38116)
Angela Boice Axselle, Esquire (VSB# 43864)
Wimbish Gentile McCray & Roeber PLLC
8730 Stony Point Parkway, Suite 201
Richmond, VA 23235
Phone: 804-655-4830
Fax: 804-980-7819
jmccray@wgmrlaw.com
aaxselle@wgmrlaw.com
**Counsel for Defendants Wellpath, LLC,
Alex Taylor, MD and Dr. Ghafourpour, DDS**