IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS CIENIEWICZ, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 1:22cv172 |
| GHAFOURPOUR, DDS, ET AL., | : |
| Defendants. | : |

## NOTICE OF WAIVER OF ORAL ARGUMENT

COMES NOW Defendants, Wellpath, LLC, Dr. Alex Taylor and Dr. Kourosh Ghafourpour, DDS, by counsel. Pursuant to Rule 7(J) of the Local Civil Rules for the United States District Court for the Eastern District of Virginia and Fed. R. Civ. P. 78, the Defendants are not requesting an oral hearing on their Motion to Dismiss the Plaintiff's Complaint.

Respectfully submitted,

WELLPATH, LLC,
ALEX TAYLOR, MD
And
DR. GHAFOURPOUR, DDS

/s/ Angela Boice Axselle
Joel M. McCray, Esquire (VSB# 38116)
Angela Boice Axselle, Esquire (VSB# 43864)
Wimbish Gentile McCray & Roeber PLLC
8730 Stony Point Parkway, Suite 201
Richmond, VA 23235
Phone: 804-655-4830
Fax: 804-980-7819
aaxselle@wgmrlaw.com
jmccray@wgmrlaw.com

**CERTIFICATE**

I hereby certify that on this 4th day of August, 2022, I filed the foregoing *Notice* electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jeff W. Rosen, Esquire (VSB # 22689)
Pender & Coward, PC
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462-3026
jrosen@pendercoward.com
**Counsel for Defendant Sgt. David Elliott**

And I hereby certify that I have mailed this document by UPS Ground to the following non-filing user:

Thomas Cieniewicz #1191016
HU7 Cell #239B
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870
**Plaintiff Pro Se**

/s/ Angela Boice Axselle
Joel M. McCray, Esquire (VSB# 38116)
Angela Boice Axselle, Esquire (VSB# 43864)
Wimbish Gentile McCray & Roeber PLLC
8730 Stony Point Parkway, Suite 201
Richmond, VA 23235
Phone: 804-655-4830
Fax: 804-980-7819
jmccray@wgmrlaw.com
aaxselle@wgmrlaw.com
**Counsel for Defendants Wellpath, LLC,
Alex Taylor, MD and Dr. Ghafourpour, DDS**