# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISON

| | | |
|---|---|---|
| THOMAS CIENIEWICZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 1:22cv172 |
| v. | : | |
| | : | |
| DR. GHAFOURPOUR, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

It is hereby requested that the Clerk enter the appearance of Jeff W. Rosen, Esquire as counsel for Defendants Sheriff Jim O'Sullivan, Master Deputy Walter Brooks, Deputy Richard Guth, and Deputy William Iannatti. I certify that I am admitted to practice in this Court.

SHERIFF JIM O'SULLIVAN
MASTER DEPUTY WALTER BROOKS
DEPUTY RICHARD GUTH
DEPUTY WILLIAM IANNATTI

By: _____/s/_____
Of Counsel

Jeff W. Rosen, Esq., VSB No. 22689
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax:    (757) 497-1914
jrosen@pendercoward.com
*Counsel for O'Sullivan, Brooks, Guth, & Iannatti*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2022, I will electronically file the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Daniel H. Goldman, Esq. (VSB #82144)
The Law Office of Daniel Goldman
421 King Street, Suite 505
Alexandria, VA 22314
Phone: (202) 677-5709
Fax:    (833) 523-2310
dan@dangoldmanlaw.com
*Counsel for Plaintiff*

Evan M. Goldberg, Esq, (DCB #242033)
*Pro Hac Vice*
The Law Office of Evan M. Goldberg
5423 32nd Street NW
Washington, DC 20015
Phone: (504) 717-5005
egoldberg.esq@gmail.com
*Counsel for Plaintiff*

Joel M. McCray, Esq. (VSB #38116)
Angela B. Axselle, Esq. (VSB #43864)
Wimbish Gentile McCray & Roeber PLLC
8730 Stony Point Parkway, Suite 201
Richmond, VA 23235
Phone: (804) 655-4830
Fax:    (804) 980-7819
aaxselle@wgmrlaw.com
jmccray@wgmrlaw.com
*Counsel for Wellpath, Ghafourpour, & Taylor*

/s/
Jeff W. Rosen, Esq. (VSB #22689)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax:    (757) 497-1914
jrosen@pendercoward.com
*Counsel for O'Sullivan, Brooks, Guth, & Iannatti*